DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Manning v. County of Halifax<br><br>Case below:<br>166 N.C. App. 279 | No. 589PA04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1118) | Allowed 02/03/05 |
| McCollum v. Atlas Van Lines<br><br>Case below:<br>166 N.C. App. 280<br>359 N.C. 190 | No. 521P04 | Defs' Motion to Withdraw December 17, 2004 Motion for Reconsideration of Denial of Petition Filed by Defendant for Discretionary Review (COA03-897) | Allowed 02/03/05 |
| McHam v. N.C. Mut. Life Ins. Co.<br><br>Case below:<br>141 N.C. App. 350<br>357 N.C. 658 | No. 597P03 | Plt's Motion for Reconsideration of Denial of PWC (COA99-1458) | Dismissed 02/03/05<br><br>**Edmunds, J., recused** |
| Morgan v. Black Mountain Ctr./N.C. Dep't of Health & Human Servs.<br><br>Case below:<br>165 N.C. App. 904 | No. 476P04 | 1. Plt's Notice of Appeal Based Upon a Constitutional Question (COA03-555)<br><br>2. Plt's Petition for Discretionary Review Under N.C.G.S. § 7A-31 | 1. Dismissed ex mero motu 02/03/05<br><br>2. Denied 02/03/05 |
| Satorre v. New Hanover Cty. Bd. of Comm'rs<br><br>Case below:<br>165 N.C. App. 173 | No. 404P04 | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA03-648)<br><br>2. Intervenor's (N.C. Counties and Property Insurance Pool Fund) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied **01/21/05**<br><br>2. Dismissed as moot **01/21/05** |
| Sisk v. Tar Heel Capital Corp.<br><br>Case below:<br>166 N.C. App. 631 | No. 593P04 | Plt's Petition for Discretionary Review Under N.C.G.S. § 7A-31 (COA04-45) | Denied 02/03/05 |
| State v. Alexander<br><br>Case below:<br>167 N.C. App. 79 | No. 622A04 | Attorney General's NOA (Dissent) (COA04-259)<br><br>1. AG's Motion for Temporary Stay<br><br>2. AG's Petition for Writ of Supersedeas | <br><br>1. Allowed **12/15/04**<br><br>2. Allowed **12/15/04** |
| State v. Bailey<br><br>Case below:<br>165 N.C. App. 706 | No. 465A04 | Def's NOA Based Upon a Constitutional Question (COA03-338) | Dismissed ex mero motu 02/03/05 |